# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **COVERALL NORTH AMERICA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV255** |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **VERICA, L.L.C., and** | ) | |
| **VICKI RHEA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's November 30, 2011, status letter. Proceedings in this matter were previously stayed pending mediation. The mediation is complete and failed to lead to resolution of this case in its entirety. Accordingly,

**IT IS ORDERED:**

1.  The mediation stay allowed by the September 21, 2011, Mediation Reference Order (Filing No. 27) is hereby dissolved.

2.  Verica, L.L.C. shall have until **December 15, 2011**, to file an answer or otherwise respond to the plaintiff's Complaint (Filing No. 1).

3.  **On or before January 5, 2012**, the parties shall meet and confer and file a joint planning conference report in accordance with Fed. R. Civ. P. 26(f).

DATED this 30th day of November, 2011.

                                                  BY THE COURT:

                                                  s/ Thomas D. Thalken
                                                  United States Magistrate Judge