IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COVERALL NORTH AMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERICA, L.L.C., a Nebraska limited liability company, and VICKI RHEA, an individual,<br><br>Defendants. | Case No. 8:11-cv-00255<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter came before the Court on the Stipulation and Joint Motion to Dismiss With Prejudice [Filing No. 138]. The Court, being fully advised in the premises, finds that the motion should be granted.

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, including all claims and counterclaims, with each party to pay their own attorneys fees and costs.

Dated this 15th day of November, 2013.

BY THE COURT:


s/ Joseph F. Bataillon
_____
UNITED STATES DISTRICT JUDGE